1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Eduardo Sandoval-Mejia

6

7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE ANTHONY J. BATTAGLIA)**

11 | UNITED STATES OF AMERICA,         )  Case No. 07MJ2730
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )  **CERTIFICATE OF SERVICE**
                                      )
14 | EDUARDO SANDOVAL-MEJIA,           )
                                      )
15 |         Defendant.                )
   |_____)

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov
20

21                                     Respectfully submitted,

22

23 DATED:     November 27, 2007         /s/ Carey D. Gorden
                                       **CAREY D. GORDEN**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Eduardo Sandoval-Mejia
25

26

27

28