AO 455(Rev. 5/85) Waiver of Indictment

#2

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| EDUARDO SANDOVAL-MEJIA | CASE NUMBER: 07CR3389-WQH |

I, __EDUARDO SANDOVAL-MEJIA__, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __12/18/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Eduardo Sandoval_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
DEC 18 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY